```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 45936
    PEARLENE HUDSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-3699

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 12/14/2004 and was confirmed 04/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.85%.

     The case was paid in full 01/14/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE   NOTICE ONLY     NOT FILED           .00            .00
AMERICASH LOANS LLC        UNSECURED          808.51           .00          95.14
ARONSON FURNITURE          UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00            .00
COLLECTION COMPANY OF AM   NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED           .00            .00
CAPITAL ONE AUTO FINANCE   UNSECURED OTH    7848.50            .00         932.64
CITY OF CHICAGO PARKING    UNSECURED        1070.00            .00         125.91
COMCAST                    UNSECURED       NOT FILED           .00            .00
ROUNDUP FUNDING LLC        UNSECURED          534.22           .00          62.86
PREMIER BANCARD CHARTER    UNSECURED          362.73           .00          42.68
NATIONWIDE ACCEPTANCE~     UNSECURED       NOT FILED           .00            .00
AT & T BANKRUPCTY          UNSECURED          895.25           .00         105.34
RCO                        NOTICE ONLY     NOT FILED           .00            .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT     194.00            .00         194.00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,700.00                      2,700.00
TOM VAUGHN                 TRUSTEE                                         241.44
DEBTOR REFUND              REFUND                                          100.99

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE            4,601.00

PRIORITY                                      194.00
SECURED                                          .00
UNSECURED                                   1,364.57
ADMINISTRATIVE                              2,700.00
TRUSTEE COMPENSATION                          241.44
DEBTOR REFUND                                 100.99
                   ---------------        ---------------

               PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 45936 PEARLENE HUDSON
```

```
TOTALS                           4,601.00           4,601.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08
                                /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE